ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/19

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy      Date: 1/22/19
by Order of Judge Alvin K. Hellerstein

US v. Mary Boone - 18 Cr. 634 (AKH)

The sentencing previously set for 1/24/19 is hereby adjourned.

You are hereby notified that you are required to appear for a sentencing.

Date : February 14, 2019
Time: 12:00 p.m.
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
1-22-19