```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :   **ORDER**
            v.                                               :
                                                             :   18 Cr. 634 (AKH)
MARY BOONE,                                                  :
                                                             :
            Defendant.                                       :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      For the reasons stated on the record at Defendant Mary Boone's February 14, 2019 sentencing hearing, the court recommends to the Federal Bureau of Prisons ("BOP") that Defendant be assigned to serve her custodial sentence at the minimum-security prison camp for female prisoners at the Federal Correctional Institution in Danbury, Connecticut. Defendant shall self-surrender to the BOP on May 15, 2019, at a time and place to be arranged with the BOP.

      SO ORDERED.

Dated: February 26, 2019
       New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge